# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

SHANE TURNER,                              )
                                           )      Case No. 1:23-cv-69
          *Plaintiff*,                     )
                                           )      Judge Travis R. McDonough
v.                                         )
                                           )      Magistrate Judge Christopher H. Steger
KILOLO KIJAKAZI, Acting                    )
Commissioner of Social Security,           )
                                           )
          *Defendant*.                     )

---

## JUDGMENT ORDER

---

This case is before the Court on Shane Turner's complaint for judicial review of the Commissioner's final decision denying Plaintiff's claim for Disability Insurance Benefits under Titles II and XVI of the Social Security Act, 42 U.S.C. §§ 401–34, 1381–83f.

It is hereby **ORDERED** that:

1.  The Joint Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. § 405(g) (Doc. 18) is **GRANTED**;

2.  Plaintiff's Motion for Judgment on the Administrative Record (Doc. 11) is **DENIED AS MOOT**; and

3.  This action is **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the above-referenced Joint Motion.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ LeAnna R. Wilson
CLERK OF COURT